IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRITTANY BYRD**                                                              **PLAINTIFF**

v.                          **CASE NO. 4:22-CV-01208-BSM**

**WILLIAM TAPLEY,** *et al.*                                              **DEFENDANTS**

## ORDER

Brittany Byrd's motion to compel [Doc. No. 39] and motion to quash her deposition scheduled for October 11, 2023 [Doc. No. 44] are denied.

Plaintiff is seeking production of statements made by her during two separate investigations at the Conway Police Department, in which she was a witness. The motion to compel is denied as to the statement related to the work environment investigation because defendant has stated that a copy of plaintiff's statement would be provided on September 25. Plaintiff may file a second motion to compel if that statement is not provided. Plaintiff's motion to compel is denied as to the statement related to the investigation involving allegations of inappropriate comments made by other officers, because that investigation is ongoing.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE