# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRITTANY BYRD**                                                                                  PLAINTIFF

v.                                        CASE NO. 4:22-CV-01208-BSM

**WILLIAM TAPLEY,** *et al.*                                                              DEFENDANTS

**LUTHER SUTTER; LUCIEN GILLHAM; and**
**SUTTER & GILLHAM, PLLC**                                                        RESPONDENTS

## ORDER

Brittany Byrd's motion to quash and for protective order [Doc. No. 74] is granted in part. The notice of deposition for May 13, 2024, is quashed because Byrd's counsel is unavailable that day. Depositions are permitted but must be limited to issues related to the attorney's lien. *See* Doc. No. 70.

A ruling on Byrd's request to exclude counsel for defendants from her deposition and for a protective order is deferred so that defendants have time to respond.

The clerk is directed to mail a copy of this order to Sutter and Gillham.

IT IS SO ORDERED this 10th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE