IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRITTANY BYRD**                                                                                 **PLAINTIFF**

v.                                          **CASE NO. 4:22-CV-01208-BSM**

**WILLIAM TAPLEY,** *et al.*                                                              **DEFENDANTS**

**LUTHER SUTTER; LUCIEN GILLHAM; and**
**SUTTER & GILLHAM, PLLC**                                                       **RESPONDENTS**

## ORDER

Brittany Byrd may exclude counsel for defendants from depositions taken pursuant to the May 10, 2024, order [Doc. No. 77] because the limited issues covered in these depositions—those related to the attorney's lien—are not relevant to Byrd's claims against defendants. *See* Fed. R. Civ. P. 26(c). If disputes arise during a deposition, a party may move to terminate or limit the deposition in accordance with Fed. R. Civ. P. 30(d)(3).

The clerk is directed to mail a copy of this order to Sutter and Gillham.

IT IS SO ORDERED this 15th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE